CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
9/9/2019

JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| OLIVIA LETELIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SCOTT HISEY, ) | Case No.: 5:18-cv-101 |
| ) | |
| and ) | |
| ) | |
| WAYNE WILBERGER, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL

THIS DAY came the plaintiff, by counsel, and represented unto the Court her desire to voluntarily dismiss this matter pursuant to Fed. R Civ. P. 41.

It is accordingly ORDERED that this matter be and hereby is dismissed, without prejudice.

ENTER this ___9th___ day of __September__, 2019.

/s/ Elizabeth K. Dillon
United States District Judge

I ask for this:

_/s/ S. W. Dawson_
S. W. Dawson, Esq. (VSB #83166)
DAWSON, P.L.C.
P. O. Box 58
Norfolk, Virginia 23501
757.282.6601 (Telephone)

757.282.6617 (Fax)
swd@dawsonplc.com
*Counsel for Plaintiff*

Seen and agreed:

_____
Rosalie Pemberton Fessier  (VSB # 39030)
TimberlakeSmith
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:   rfessier@timberlakesmith.com

*Counsel for Defendant*

2